# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAMARR WANAMAKER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 20-1332** |
| | : | |
| **BARRY SMITH,** *et al.* | : | |

# ORDER

**AND NOW**, this 16th day of February 2021, upon careful and independent consideration of the Petition for a writ of habeas corpus (ECF Doc. No. 2), Response to the Petition (ECF Doc. No. 11), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **DENY** and **DISMISS** the Petition for a writ of habeas corpus (ECF Doc. No. 2) with prejudice;

2. We **DENY** a certificate of appealability;[1] and,

3. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**

---

[1] *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).